THOMAS G. BEATTY (State Bar No. 75794)
ERIC G. LUNDBERG (State Bar No. 116845)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CHS, INC. and STEVEN THOMAS TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHAVEZ; EVELYN CHAVEZ; MARYELN MARCUS; MARIAN VENAAS,<br><br>  Plaintiffs,<br><br>vs.<br><br>CHS, INC.; STEVEN THOMAS TAYLOR,<br><br>  Defendants. | Case No. C06-05280 BZ<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED between the parties to this action, through their respective counsel, that the Initial Case Management Conference currently scheduled for November 27, 2006, may be continued to December 4, 2006 at 4:00 p.m. in Courtroom G of the above-entitled court.

Dated: _____, 2006       SHAPIRO, GALVIN, SHAPIRO, PIASTA & MORAN


                                   By: _____
                                       Tad S. Shapiro
                                       Attorneys for Plaintiffs
                                       WILLIAM CHAVEZ; EVELYN CHAVEZ;
                                       MARYELN MARCUS; MARIAN VENAAS,

STIPULATION AND ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated: _____, 2006 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP |

By: _____
Thomas G. Beatty
Eric G. Lundberg
Attorneys for Defendants
CHS, INC. and STEVEN THOMAS TAYLOR

IT IS SO ORDERED.

Dated: __November 17__, 2006

_____
Bernard Zimmerman
Magistrate Judge
United States District Court

IT IS SO ORDERED
*Bernard Zimmerman* (signature)
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330