UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHAVEZ, et al., ) | |
| ) Plaintiff(s), ) | No.  C06-5280 BZ |
| ) v. ) | |
| CHS, INC., et al., ) | **ORDER** |
| ) Defendant(s). ) | |

The parties having selected private mediation, **IT IS HEREBY ORDERED** that the reference to the ADR Department to schedule a court mediation is **VACATED**.

Dated: December 14, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Chavez, et al v. CHS, Inc\ORDER.VACATING.ADR.wpd