1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11    WILLIAM CHAVEZ, et al.,        )
                                     )
12            Plaintiff(s),          )      No.  C06-5280 BZ
                                     )
13        v.                         )
                                     )      **ORDER OF CONDITIONAL**
14    CHS, INC., et al.,             )      **DISMISSAL**
                                     )
15            Defendant(s).          )
                                     )
16                                   )
                                     )
      ─────────────────────────────  )
17

18        The parties to this matter having advised the Court that

19    they have agreed to a settlement, **IT IS HEREBY ORDERED** that

20    this action is **DISMISSED WITH PREJUDICE** and all scheduled

21    matters are **VACATED**; provided, however, that any party may,

22    within **30 days** of the date of this Order, move the Court to

23    restore this matter to the calendar on the grounds that the

24    settlement has not been consummated.

25    Dated: August 3, 2007

26    _____
                          Bernard Zimmerman
27                    United States Magistrate Judge

28    G:\BZALL\-BZCASES\Chavez, et al v. CHS, Inc\ORDER.COND.DISMISSAL.WPD

                                    1